Sally A. Odegard, Esq. (011646) (sodegard@hoklaw.com)
**HOLLOWAY ODEGARD & KELLY, P.C.**
3020 E. Camelback Road, Suite 201
Phoenix, Arizona 85016     (45.034)
Phone:      (602) 240-6670
Facsimile:  (602) 240-6677
*Attorneys for Defendants City of Phoenix,*
  *Hunnicutt, Warner and Theriault*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcela de Jesus Guzman Estrada, an individual,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a municipality and jural entity; Marcos Rodriguez, an individual acting under the color of law; John Doe Hunnicutt, an individual acting under the color of law; Brandon Warner, an individual acting under the color of law; and Carmina Theriault, an individual acting under the color of law,<br><br>Defendants. | No. CV-19-03095-PHX-JJT<br><br>**NOTICE OF SETTLEMENT** |

Defendants, City of Phoenix, John Doe Hunnicutt, Brandon Warner, and Carmina Theriault, by and through counsel undersigned hereby advise the Court that the Parties have reached a tentative settlement of this matter at the July 25, 2019 Mediation, contingent on City Council approval. This matter will be presented to City Council in September, when they are back in session. Upon approval, the Parties will file a Stipulation and Order to dismiss this case with Prejudice. The Parties request that this Court extend all pending dates for 90 days to allow the Parties to finalize resolution.

Defendants request that the Parties have until September 30, 2019 to file the Stipulation and Order to dismiss this matter.

/ / /

DATED this 29th day of July, 2019.

**HOLLOWAY ODEGARD & KELLY, P.C.**

By  */s/ Sally A. Odegard*
    Sally A. Odegard
    3020 E. Camelback Road, Suite 201
    Phoenix, Arizona 85012
    ***Attorneys for Defendants City of Phoenix,
    Hunnicutt, Warner and Theriault***

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2019, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

*/s/ Debra A. Sexton*